IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALI DOROBATI**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:24-cv-00743-LPR

**ERIC GAUDIOSI, Deputy Chief of Mission,**
**U.S. Embassy in the United Arab Emirates**                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and the previous Order in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 12th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE